1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAGDISH KUMAR, ) | No. C 09-5704 MEJ |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATED DISMISSAL PURSUANT** |
| ) | **TO FED. R. CIV. P. 41(a)** |
| ERIC HOLDER, Attorney General of the ) | |
| United States, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action in light of the fact the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization, and will do so within thirty days of this action.

///
///
///
///
///
///
///

STIPULATED DISMISSAL
No. C 09-5704 MEJ

The parties shall bear their own costs and fees.

Dated: January 27, 2010

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Defendants

Dated: January 27, 2010

/s/
CHARLES E. NICHOL
Attorney for Plaintiff

The Clerk of Court shall close the file.

Dated: January 28, 2010

GRANTED

Judge Maria-Elena James

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATED DISMISSAL
No. C 09-5704 MEJ                2