JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAGDISH KUMAR, | No. C 09-5704 MEJ |
| Plaintiff, | |
| v. | **STIPULATED DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)** |
| ERIC HOLDER, Attorney General of the United States, et al., | |
| Defendants. | |

    Plaintiff, Pro Se, and Defendants, by and through their attorneys of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a), to dismissal of the above-entitled action in light of the fact the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization, and will do so within thirty days of this action.

///

///

///

///

///

///

///

STIPULATED DISMISSAL
No. C 09-5704 MEJ

1  The parties shall bear their own costs and fees.

2  Dated: January 27, 2010                                   Respectfully submitted,

3                                                            JOSEPH P. RUSSONIELLO
                                                             United States Attorney

5                                                            _____/s/_____
                                                             MELANIE L. PROCTOR[1]
6                                                            Assistant United States Attorney
                                                             Attorneys for Defendants

7  Dated: January 27, 2010

9                                                            _____/s/_____
                                                             CHARLES E. NICHOL
                                                             Attorney for Plaintiff

13  The Clerk of Court shall close the file.

14  Dated: January 28, 2010

*GRANTED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATED DISMISSAL
No. C 09-5704 MEJ                         2